

# Fourth Court of Appeals
## San Antonio, Texas

October 7, 2014

No. 04-14-00561-CV

Noe **GARCIA** and Iris Garcia,
Appellants

v.

Gloria **GARCIA**,
Appellee

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-12-335
Honorable Ana Lisa Garza, Judge Presiding

# O R D E R

    The Appellant's Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is due on November 4, 2014.

_____
Rebeca C. Martinez, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of October, 2014.

_____
Keith E. Hottle
Clerk of Court